**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**TERRANCE MCMAHON,**

      **Plaintiff,**

**v.**                                                                 **Case No.: 3:19-cv-695-J-39JBT**

**LIBERTY LIFE ASSURANCE COMPANY**
**OF BOSTON,**

      **Defendant.**

_____/

<u>**ORDER OF DISMISSAL**</u>

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc.

No. 17; Stipulation) filed on March 31, 2020.  In the Stipulation, the parties indicate their

agreement to dismissal of this case with prejudice.  <u>See</u> Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close

the file.

**DONE** and **ORDERED** in Jacksonville, Florida this  _3rd_  day of April, 2020.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*